# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gan, Scott H. | United States Bankruptcy Court-Arizona | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

James A. Walsh Courthouse
38 South Scott Avenue
Tucson, AZ 85701-1704

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. JPMorgan Chase Bank (cash) | A | Interest | K | T | | | | | |
| 3. BBVA Compass Bank (cash) | | None | J | T | | | | | |
| 4. TRUST #1 (H) | | | | | | | | | |
| 5. FIDELITY GOVERNMENT CASH RESERVES (cash) | D | Dividend | N | T | | | | | |
| 6. POLEN GLOBAL GROWTH INSTITUTIONAL CLASS (PGIIX) | A | Dividend | M | T | Buy | 03/11/19 | L | | |
| 7. HARDING LOEVNER GLBL EQUITY PORT INSTL (HLMVX) | A | Dividend | M | T | Buy | 03/11/19 | L | | |
| 8. NUVEEN SANTA BARBARA DIV GROWTH FD CL I (NSBRX) | D | Dividend | M | T | Buy | 03/11/19 | M | | |
| 9. THORNBURG GLOBAL OPPT FD INSTL CL (THOIX) | B | Dividend | M | T | | | | | |
| 10. AT&T INC COM USD1 (T) | A | Dividend | | | Sold | 02/25/19 | K | | |
| 11. ALPHABET INC CAP STK CL A (GOOGL) | | None | | | Sold | 02/25/19 | K | E | |
| 12. AMAZON.COM INC (AMZN) | | None | | | Sold | 02/25/19 | L | F | |
| 13. AMERICAN INTL GROUP INC COM NEW (AIG) | | None | | | Sold | 02/25/19 | K | B | |
| 14. APPLE INC (AAPL) | A | Dividend | | | Sold | 02/25/19 | K | B | |
| 15. BERKSHIRE HATHAWAY INC DEL CL B NEW (BRKB) | | None | | | Sold | 02/25/19 | K | B | |
| 16. CVS HEALTH CORP COM (CVS) | A | Dividend | | | Sold | 02/25/19 | J | | |
| 17. CHEVRON CORP NEW COM (CVX) | A | Dividend | | | Sold | 02/25/19 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. CISCO SYS INC COM (CSCO) | A | Dividend | | | Sold | 02/25/19 | K | B | |
| 19. CONOCOPHILLIPS (COP) | A | Dividend | | | Sold | 02/25/19 | J | C | |
| 20. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 02/25/19 | K | | |
| 21. JOHNSON &. JOHNSON (JNJ) | | None | | | Sold | 02/25/19 | J | C | |
| 22. LILLY ELI & CO COM NPV (LLY) | A | Dividend | | | Sold | 02/25/19 | J | D | |
| 23. MERCK & CO INC NEW COM (MRK) | A | Dividend | | | Sold | 02/25/19 | K | D | |
| 24. MICROSOFT CORP (MSFT) | A | Dividend | | | Sold | 02/25/19 | L | D | |
| 25. ORACLE CORP COM (ORCL) | A | Dividend | | | Sold | 02/25/19 | K | D | |
| 26. PFIZER INC (PFE) | A | Dividend | | | Sold | 02/25/19 | K | D | |
| 27. PHILLP MORRIS INTL INC COM (PM) | A | Dividend | | | Sold | 02/25/19 | K | A | |
| 28. PROCTER AND GAMBLE CO COM (PG) | A | Dividend | | | Sold | 02/25/19 | L | E | |
| 29. VERIZON COMMUNICATION (VZ) | A | Dividend | | | Sold | 02/25/19 | K | C | |
| 30. CHANDLER ARIZ GO BDS SER 2017 (158843XD9) | B | Interest | L | T | | | | | |
| 31. CHANDLER ARIZ EXCISE TAX REV OBLIGS SER (158855EH5) | | None | K | T | Buy | 12/04/19 | K | | |
| 32. PIMA CNTY ARIZ SWR REV SWR SYS REV (721876TWO) | A | Interest | M | T | Buy | 04/24/19 | M | | |
| 33. SCOTTSDALE ARIZ MUN PPTY CORP EXCISE TAX (810489RG1) | B | Interest | L | T | | | | | |
| 34. GILBERT ARIZ WTR RES MUN PPTY CORP UTIL (37530AAE8) | B | Dividend | L | T | | | | | |

---

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMA CNTY ARIZ SWR REV SWR SYS REV (721876TX8) | A | Interest | M | T | Buy | 04/24/19 | M | | |
| 36. SCOTTSDALE ARIZ GO BDS PROJECTS OF 2015 (810454AX6) | B | Interest | L | T | | | | | |
| 37. CHANDLER ARIZ EXCISE TAX REV OBLIGS SER (158855EJI) | | None | M | T | Buy | 12/04/19 | M | | |
| 38. SALT RIV PROJ AGRIC IMPT&PWR DIST ARIZ | B | Interest | M | T | Buy | 03/14/19 | M | | |
| 39. MARICOPA CNTY ARIZ UN HIGH SCH DIS NO (567505NH1) | | None | L | T | Buy | 12/19/19 | L | | |
| 40. ARIZONA ST TRANSN BRD EXCISE TAX REV (040649MR3) | C | Dividend | M | T | | | | | |
| 41. ARIZONA ST TRANSN BRD EXCISE TAX REV (040649MS1) | C | Dividend | M | T | | | | | |
| 42. ARIZONA ST TRANSN BRD EXCISE TAX REV (040649MT9) | C | Dividend | M | T | | | | | |
| 43. IRA #1 (H) | | | | | | | | | |
| 44. FIDELITY GOVERNMENT CASH RESERVES (cash) | C | Interest | M | T | | | | | |
| 45. AT&T INC COM USD1 (T) | A | Dividend | | | Sold | 02/25/19 | J | | |
| 46. ALPHABET INC CAP STK CL A (GOOGL) | | None | | | Sold | 02/25/19 | J | A | |
| 47. APPLE INC (AAPL) | A | Dividend | | | Sold | 02/25/19 | K | D | |
| 48. BERKSHIRE HATHAWAY INC DEL CL B NEW (BRKB) | | None | | | Sold | 02/25/19 | K | B | |
| 49. CHEVRON CORP NEW COM (CVX) | | None | | | Sold | 02/25/19 | J | B | |
| 50. CONOCOPHILLIPS (COP) | | None | | | Sold | 02/25/19 | J | D | |
| 51. JOHNSON &. JOHNSON (JNJ) | | None | | | Sold | 02/25/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. OCCIDENTAL PETROLEUM CORP (OXY) | A | Dividend | | | Sold | 02/25/19 | J | | |
| 53. PFIZER INC (PFE) | | None | | | Sold | 02/25/19 | K | D | |
| 54. PHILLP MORRIS INTL INC COM (PM) | A | Dividend | | | Sold | 02/25/19 | K | A | |
| 55. ALLSTATE CORP DEP SH .PFD (ALLPRE) | A | Dividend | | | Sold | 02/25/19 | J | A | |
| 56. JPMORGAN CHASE & CO DEP PFD P (JPMPRA) | | None | | | Sold | 02/25/19 | J | | |
| 57. REGIONS FINL CORP NEW DEP SHS REPSTG (RFPRA) | | None | | | Sold | 02/25/19 | J | A | |
| 58. ZIONS BANCORPORATION DEP SHS REPSTG (ZBPRG) | | None | | | Sold | 02/25/19 | J | B | |
| 59. OTHER HOLDINGS (H) | | | | | | | | | |
| 60. Fremont Street LLC | D | Distribution | K | U | | | | | |
| 61. IP Building LLC | D | Distribution | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gan, Scott H.** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/01/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott H. Gan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544